Argued June 25, affirmed July 1, petition for rehearing denied
July 27, petition for review denied September 21, 1971

## STATE OF OREGON, *Respondent, v.*
## JOHN HENRY MARKS, *Appellant.*

486 P2d 581

Robert Thomas, Klamath Falls, for appellant.

G. Eric Lonnquist, Special Assistant Attorney General, Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969); *State v. Planck,* 3 Or App 331, 473 P2d 694, Sup Ct *review denied* (1970).